IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>MAURICE VINCENT GARDNER )  | Criminal No. 99-43 Erie |

**NOTICE OF APPEARANCE OF ATTORNEY**

NOTICE is hereby given that Marshall J. Piccinini, Assistant United States Attorney, is entering his appearance as counsel of record for the government in the above-criminal action.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/ Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
Room A330
17 South Park Row
Erie, Pennsylvania 16501
PA ID No. 56362